Jerome L. Grimes
P.O. Box 586
Denver, Co. 80201
(219) 808-0306

United States District Court
District Of Oklahoma

**FILED**

DEC 1 9 2016

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ENM_____, DEPUTY

Jerome L. Grimes,
    Plaintiff,

v.

1. Daniel Fox,
    (Met Life Insurance)
2. Fremont Police Officer Fox #
3. Jarrell Robertson,
    (Met Life Insurance)
4. San Francisco County Jail, Deputy Robertson, # _____)

5. Carrie Ford,
    (Case management Specialist Met Life Insurance)
    (Federal Employees Group Life Insurance)
6. Alexa (DOE),
    (Case management Specialist Met Life Insurance)
7. Megan (DOE),
    (Supervisor Federal Employees Group Life Insurance)
8. Jesse Martinez,
    (University Of La Verne) (Online Graduate Department)
9. Rapheal Martinez,
    (San Francisco State University)
    (1 of 5)

Civil Complaint No.:

**CIV 16 1446 C**

Under "U.S.C. 42",
"U.S.C. 28", "11/18/72-
Jonestown Terror",
"Conspiracy",
"Invasion Of Privacy
With Terror Intent",
"Obstruction of
Justice", "1980 Olympic
Airplane To Poland Terror",

[1976 Cold Case File San Francisco]
Kidnapping of A minor.
[No Statutes of Limitations]
1976 Unsolved Mystery
Gang Rape Against my Sister
when she was 14 years old.
Def. 8, Def 3, Def 9,
Etc., see DNA, 1976
Cold Case. (Female)

(Dec. 01, 2016: Met Life Conspired Decision
Not to Reimburse Stolen Death Benefits These Defendants Grafted
Through murder Doomsdayer Actions. "1977 Victim Kevin Collins
Abduction", "Vital Records
Fraud of
Plaintiff's
Alleged
Daughter
July 17, 1986",
"Criminal Impersonation
of my Sister",
04/19/95 Diesel Truck-
Doomsday Home Invasion Simultaneous,
Student Activities Office,
"Western Dental", 
"Cyanide Illegal Tale-Tooth"

Jerome L. Grimes
P. O. Box 2433
Eatonville, FL. 32751
(219) 808-0306
inpra4se@jeromelgrimes.com

UNITED STATES DISTRIC COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jerome L. Grimes,

    Appellant,

v.

Diana Starnes,

    Respondent.

Supreme Ct. No.:

Superior Ct. Case No.:

PES-12-295916

Appeal No.:

A148321

PETITIOJN FOR REVIEW

OF THE JUNE 09, 2016

ORDER.

I declare under the penalty of perjury, under the laws of the, United States Of America, that the following is true and correct:

**APPLICATION FOR RELIEF FROM DEFAULT TO FILE AN UNTIMELY**

**PETITION FOR (DE NOVO) REVIEW**

TO THE HONORABLE PRESIDING PANEL OF, CHIEF JUSTICE OF THE

STATE OF CALIFORNIA:

Jerome L. Grimes, Petitioner, and, Appellant, respectfully requests relief from default

for an untimely petition for review under California Rules of Court, Rule 8.500(e)(2).

10. MR. Martinez,
(Office Depot) (Employee)
Aurora, Colorado
(Denver, Colorado)
(Near: Federal Courthouse)

11. Jesse Mosley, (aka: Jesse Rider) (aka: Jesse Phillips)
(U.S. Dist. Ct., Northern Dist. of CA.) 1301 Clay St. (Inside Jobber)

12. Steven Malone,
(00 Block of Lobos Street, S.F., CA. 94112)

13. Cedric Malone,
(00 Block of Lobos Street, S.F., CA. 94112)

(Optional Defendant: David Manson, (DeMilo) 535 Shields Street, S.F., CA. 94132

I. Jurisdiction     (415) 585-0307: 1981 Phone Number

"Federal Constitutional Rights To Privacy And To Be Free From Covert Terrorism". Illegal Animal Tracking Devices On My Person. Illegal micro-Video In my Left Vision + Right Vision. Illegal Telephone Tooths On my Human Person Using Kidnap Covert moved Sheet For Surgical Procedure To Put These Illegal chips On me.

II. Plaintiff
Jerome L. Grimes, Resides at:
440 Friendship Road, Homer, LA. 71040,
Telephone Number: (219) 808-0306.

III. Defendants
The defendants are all Covert Terror Network of April 19, 1995, Lie Detector Test Them Pursuant To The Patriot Act.

(2 of 3)

UNITED STATES DISTRIC COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

U.S. Dist. Ct. No.:

15-cv-2065

Jerome L. Grimes,

    Plaintiff,

v.

Dustin Johnson, et., al.,,

    Defendants.   *u.S.Dist. Ct., Northern*
*Dist, of CA.*

*SEE: Case #: C86-5203*

MOTION IN OPPOSITION OF

DEFENDANT, TIMOTHY STEPHENS',

MOTION FOR SUMMARY-

JUDGEMENT, FILED:

SEPTEMBER 08, 2016.

## MEMORANDUM IN OPPOSITION OF DEFENDANTS MOTION FOR SUMMARY JUDGEMENT FILED BY:  OFFICER, TIMOTHY STEPHENS.

TO THE, U.S. DISTRICT COURT:

### I. DECLARATION OF FACTS

Jerome L. Grimes, is the plaintiff herein and an, Indigent, In Pro Se, Attorney, and, not homeless, but I

have been living on non-taxable income, since: Holloween Eve, 2010/(October 30, 2010). I live on a

portion of, My, Families', 680 Acres Of Co-Inherited Passive Income Oil Producing Land Parcel,

Co-Owned With Many Heirs And Results In No Clear Title, situated at, PRE-911 POLE ADDRESS:

440 Friendship Road, Homer, Louisiana 71040, Conveyed, November, 2007.  My mission is to clear My

good multi-jurisdiction name in the furtherance of justice, at a time of terror, while asserting, My, Right

To Representation, and, Self-Representation, in the, City Of Monroe, State Of Louisiana, for a crime I did

not commit on: July 11, 2015, where and when I was the actual, Victim Of Covert Post-4th of July, 2015

Terrorism Assault & Battery. (SEE:  Northern District Of California, U.S. District Court, Plaintiff's,

1

IV. Causes Of Action

These covert terrorists doomsdayed my father [Rufus] and mother [Lucy] home, April 19, ~~2015~~ 1995 ~~yyyy~~), and several, April 19th,3, including but not limited to: April 19, 1997, and extorted, Raped, interferon thefted, and then covertly murder piece-mealed the victims on: Thanksgiving Day, 2002/(November 27, 2002) [Rufus Grimes], and, July 12-21, 2012 [Lucy Grimes]. Then they plundered the, Estate Of my Parents With Probate Rouse, And sent multiple Look-A-Likes In my Parents Household (Doomsdayer/Covert Home Invasion) Disguised As Heirs. (See: Celebrity Break-Ins Covert Terrorist, Lopez, and, San Francisco Coroner, Lopez) against my mother's [Lucy Grimes'] Vital Records Certificate Of Death: 07/21/16.

V. Previous Lawsuits

1. Jerome L. Grimes -v.- SF Deputy Sheriff Robertson, U.S. Dist Ct., Northern Dist. of CA., Case No.: C06-

(3 of 5)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

Jerome L. Grimes,                                                U.S. District Court No.:

       Plaintiff,                                                    15-cv-2065

v.

Timothy Stephens, et., al.,

       Defendants.

---

## MEMORANDUM IN OPPOSITION OF DEFENDANTS MOTION FOR SUMMARY JUDGEMENT FILED BY: OFFICER, TIMOTHY STEPHENS.

---

Jerome L. Grimes

P.O. Box 2433

Eatonville, FL. 32751

(415) 584-1454(H.)

(219) 808-0306(Bus.)

colojeromejlg3@gmail.com

inprose@jeromelgrimes.com

Plaintiff

Self-Represented

2. JEROME L. GRIMES -v. - Fremont Police Officer FOX [aka: Pickering]
(Female)

U.S. Dist. Ct., Northern Dist. of CA.
Civil Complaint No.:

3. JEROME L. GRIMES -v. - Fremont Police Officer Msurgos, [aka: Pickering] (male)
McCormick, Okulove, Guibbini
(McVeigh)(male) (Female) (check spelling)
aka: (male)

U.S. Dist. Ct., Northern Dist. of CA.
Civil Complaint No.:

## VI. Remedy Exhausted

These are covert terrorist stealing annuities from employees pensions after unjustifiably homiciding retirees, homeowner Civillians, and, non-civillian victims after LLC & LLD Style piece-mell conspired covert terrorism mass attacks post- 11/18/72 aka: 1973/1974/and, 1978, Post-02/10/77 Victim Kevin Collins Abduction Crank-Calls -to- 09/11/01 Flight 177, aka: 77 Terrorisms.

## VII. Relief Requested

An injunction for criminal charges for invasion of privacy with terror paramilitary intent pursuant to the 1949 Geneva Convention Amended: 1977, (1948) against ALL Defendants.

A, Court Order, for a, Lie Detector Test, to be administered against, Defendants, especially at: Met Life Insurance Covert Terrorist Haven & Sanctuary Anarchist.

Damages: $110,000.⁰⁰ (One Hundred And Ten Thousand Dollars)

(4 of 5)

committing in essence kidnap, unjustifiable homicide, assault, or, battery against, said person trapped inside of an automobile defenseless and trying to safely leave/drive-away from a public place.  [T]o prevent serious physical injury the vulnerable unsuspecting defenseless person/motorists being **charged** by the non-verbally violent intent attacker that has unbeknownst exited an road-raged swoop and swap enemy combatant automobile, [t]hat defenseless person/motorist still trapped inside of a vulnerable positioned automobile can take whatever defense mechanism actions to thwart the premeditated covert, or overt imminent dangerous violent crime attack attempted by the hostile violent person/(enemy combatant)(covert terrorist) on foot running towards the unsuspecting vulnerable defenseless person/motorist still trapped and startled inside of a vulnerable automobile, "post-4[th] of-July terror", or not, it is illegal and a violent crime to try and stop by **violently charging** while on foot, a motorist or person trying to drive-away/leave safely a public or private place, when not threatening anyone with imminent danger, much in the way that it is a violent crime to diesel truck weapon ram **violently charge** into unsuspecting citizens & tourists, sensitive sites, land marks, or, buildings.  What-ever actions the unsuspecting defenseless vulnerable person(s) can take defensively flight or fight, is a human persons' right, **need not be a law**.  The fortunate part herein the, (Covert Terrorist)(Enemy-Combatant)/Violence Premeditator, Dustin Johnson's,(*Lie Detector Test, Him, pursuant to, The Patriot Act/Post-4[th] of July, 2015 Prime Suspicion.*), unsolved mystery attempted-automobile/get away vehicle, was accidentally destabilized by an automobile fender bender, preventing a fatal attack or unsolved mystery attempt against the herein, In Pro se, Attorney/Plaintiff, Jerome L. Grimes', person.  Recorded Live and ALL Caught On Video, i.e., Kangaroo Oil & Gas Station's, July **11**, 2015, Video Surveillance Security *Multiple Cameras DVD's Footage.  Automobile Accidents caught on a, Video Surveillance Security Cameras DVD's Footage, is a great MUST for all automobile accidents for PROOF of LIABILITY INSURANCE PURPOSES.  It is **unreasonable** for the state official, Officer, Timothy Stephens #:  **299**, to pretend that , He/(Stephens), found the traffic accident portion and Liability a NOT NEEDED Any Video Evidence, in this herein case as,

12

I. declare under the penalty of perjury, under the laws of the, United States Of America, that the foregoing is true and correct.

Dated: December 13, 2016    Jerome L. Grimes

JEROME L. GRIMES
Plaintiff, In ProSe

(5 of 5)

# INSTRUCTIONS TO COMPLETE DISTRICT CIVIL (CV) CASE COVER SHEET JDF 601 FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM, OR THIRD PARTY COMPLAINT, RULE 16.1 SIMPLIFIED PROCEDURE

These standard instructions are for informational purposes only and do not constitute legal advice about your case. If you choose to represent yourself, you are bound by the same rules and procedures as an attorney.

## GENERAL INFORMATION

◆ As of July 1, 2004, the JDF 601 case cover sheet is required by C.R.C.P. 16.1 Simplified Procedure for all District Civil (CV) actions filed on or after that date. This cover sheet must be filed with the complaint and any counterclaim, cross-claim, or third party complaint.

◆ If you fail to file a Case Cover Sheet with such a pleading, you will be notified by the Court that you need to file a Case Cover Sheet and must then do so within the time stated by the Court, or the Court may impose sanctions, including striking this pleading.

◆ If you have a disability and need a reasonable accommodation to access the courts, please contact your local ADA Coordinator. Contact information can be obtained from the following website: **http://www.courts.state.co.us/Administration/HR/ADA/Coordinator_List.cfm**

## STEPS TO COMPLETE CIVIL CASE COVER SHEET

**Step 1:**    **Complete Caption.**

☑ Identify the name of the county and court address where you plan to file your papers.

☑ Identify the name of the Plaintiff(s) and Defendant(s). If you have multiple Plaintiffs or Defendants, list only the first Plaintiff or Defendant.

☑ Complete the identifying information for the party or attorney completing the Case Cover Sheet.

☑ Once you file your papers, the Court will assign a case number and division and will indicate such on the Case Cover Sheet.

☑ If a case number has already been assigned, you must still complete the Case Cover Sheet and insert the case number.

**Step 2:**    **Complete Item 2.**

☑ Check the applicable box if the Simplified Procedure **applies** to your case.

**or**

☑ Check the applicable box if the Simplified Procedure **does not apply** to your case. If you have checked this box, **you must also check one of the three boxes** within this section to identify why the Simplified Procedure does not apply.   The three options are identified below:

☐ Some civil actions are automatically excluded and are not subject to C.R.C.P. 16.1. If you are filing a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, Rule 106 or 120, petition to seal criminal record, distraint warrant, county court or municipal appeal, or a writ of habeas corpus civil action your case is not subject to the simplified procedure.

**or**

☐ Simplified Procedures does not apply if you are seeking a monetary judgment for more than $100,000.00 against any other party, including attorney fees, penalties or punitive damages, but excluding interest and costs, as well as the value of any equitable relief sought.

**or**